IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: : | Bankruptcy No. 23-22477-GLT | |
| JOSEPH E. ROSSI, : | Chapter 13 | |
| Debtor : | | |
| : | | |
| JOSEPH E. ROSSI, | Related doc: 37-38 | |
| : | Hrg: 4/3/2024, 9AM | |
| Movant : | Responses: 3/11/2024 | |
| : | | |
| v. : | | |
| : | | |
| OMEGA FEDERAL CREDIT UNION, : | | |
| Respondent : | | |

**CERTIFICATE OF SERVICE OF**
**MOTION FOR LOSS MITIGATION**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that a true and correct copy of the Debtor's Motion for Loss Mitigation (LMP 39), LMP Certificate of Readiness (LMP 40) and LMP Order (Form 41), and Scheduling Notice, were served by depositing the same in the U.S. First Class Mail, Postage Prepaid and on the 21st day of February 2024 upon *the parties below:*

Ronda J. Winnecour, Esq.　　　　　Omega Federal Credit Union
Suite 3250 USX Tower　　　　　　　206 Siebert Road
600 Grant Street　　　　　　　　　　P.O. Box 15038
Pittsburgh, PA 15219　　　　　　　　Pittsburgh, PA 15237

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　  /s/ Christian M. Rieger
　　　　　　　　　　　　　　　　　　Christian M. Rieger, Esquire
　　　　　　　　　　　　　　　　　　PA: 307037
　　　　　　　　　　　　　　　　　　2403 Sidney Street
　　　　　　　　　　　　　　　　　　Suite 214
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15203
　　　　　　　　　　　　　　　　　　(412) 381-8809
　　　　　　　　　　　　　　　　　　(412) 381-4594 (fax)
　　　　　　　　　　　　　　　　　　criegerlaw@gmail.com

DATE: February 21, 2024