FILED
2/23/24 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 23-22477-GLT |
| Joseph E. Rossi | Chapter 13 |
| Debtor(s). | |
| Joseph E. Rossi | Related to Doc. No(s). 37 |
| Movant(s), | |
| v. | |
| Omega Federal Credit Union | |
| Respondent(s). | |

**ORDER**

**AND NOW**, *This 23rd Day of February 2024*, *A Motion for Loss Mitigation* [Dkt No 37] was filed by Joseph E. Rossi on February 21, 2024. Pursuant to W.PA.LBR 9020-2(a): "At any time after the commencement of the case until thirty (30) days after the first date originally scheduled for the First Meeting of Creditors whether or not it actually takes place or at any time during the case with lender's consent, a debtor with Eligible Property secured by an Eligible Loan may request the Commencement of the LMP by filing a Motion for Loss Mitigation…"

The 341 Meeting of Creditors, in this case, was scheduled to be held and in fact was held on December 18, 2023. Thus, the last day for the debtor to have filed a Motion for Loss Mitigation, without having filed a Motion for late entry to file for Loss Mitigation first, would have been January 17, 2024, therefore it is hereby **ORDERED, ADJUDGED** and

**DECREED** that:

The Debtors Request for Loss mitigation is **DENIED** on the basis that it is untimely and Debtor has provided no basis for the Court to authorize late admission into the program.

_____
GREGORY L. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

<u>Case Administrator to mail to:</u>
Christian M. Rieger, Esq.
Joseph E. Rossi

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22477-GLT |
| Joseph E Rossi | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph E Rossi, 1300 Glarius Avenue, Pittsburgh, PA 15202-1129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2024         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christian M Rieger | on behalf of Debtor Joseph E Rossi criegerlaw@gmail.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Ross jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor North Hills School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Feb 23, 2024 Form ID: pdf900 Total Noticed: 1

btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8