## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    JOSEPH E. ROSSI,

    Debtor(s)

Case No. 23-22477-GLT

Chapter 13

RONDA J. WINNECOUR, TRUSTEE,
    Movant(s),

- vs. -

JOSEPH E. ROSSI,

    Respondent

Related doc: 62-63
   Conciliation: 1/8/2026, 9AM
( Ch. 13 ZOOM)

### DEBTOR'S DECLARATION IN RESPONSE TO TRUSTEE'S CERTIFICATE OF DEFAULT

And now comes Joseph E. Rossi, by and through his counsel, Christian M. Rieger, Esquire, and declares under penalty of perjury that:

1. Debtors' current mailing address is: 1300 Glarius Avenue, Pittsburgh, PA 15202.

2. Debtor had a reduction in work hours at North Allegheny School District, and was unable for a time to remit the full plan payment.

3. Debtor is proposing an increase in the monthly payment as outlined in the submitted Notice to Cure Plan default, per an amended wage attachment.

Respectfully submitted,

  /s/ Christian M. Rieger
Christian M. Rieger, Esq.
2681 Sidney Street
Pittsburgh, PA 15203
(412) 381-8809
criegerlaw@gmail.com

Date:  December 2, 2025