**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JOSEPH E. ROSSI,

    Debtor(s)

Case No. 23-22477-GLT

Chapter 13

RONDA J. WINNECOUR, TRUSTEE,
    Movant(s),

- vs. -

JOSEPH E. ROSSI,

    Respondent

Related doc: 62-63
   Conciliation: 1/8/2026, 9AM
( Ch. 13 ZOOM)

## NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS

    1.    Debtor(s) propose to cure the plan default as pleaded in the Trustee's Certificate of Default.

    2.    The cure shall be effected as follows: Increase in Plan payments to $1,463.00 via wage attachment.

    3.    All Objections to the proposed cure must be filed and served by no later than 21 days after the date of this Notice upon the Debtor(s) and Chapter 13 Trustee. Untimely Objections will not be considered. Any creditor who files a timely Objection to the cure must appear at the scheduled Conciliation Conference on the proposed cure.

    4.    A virtual (via Zoom) Conciliation Conference on the proposed cure will be held on THURSDAY, JANUARY 8, 2026, at 9:00am., before the Chapter 13 Trustee. The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by telephone if you lack the ability to participate by Zoom), can be found at http://www.ch13pitt.com/calendar/ several days before the meeting. Parties are expected to familiarize themselves with the Trustee's website at http://www.ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.

RESPECTFULLY SUBMITTED, this 2ND DAY OF December 2025.

<u>  /s/ Christian M. Rieger</u>
Christian M. Rieger, Esquire
2681 Sidney Street
Pittsburgh, PA 15203
(412) 381-8809
criegerlaw@gmail.com

Attorney for the Debtor