FILED
1/8/26 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 23-22477-GLT |
| **JOSEPH E ROSSI,** | ) |
| | ) Chapter 13 |
| Debtor(s). | ) |
| | X  Related to Docket No. 72 |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by: _____

☐    a motion to lift stay
     as to creditor     _____

☐    Other:     _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated 11/17/23
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from $1,346 to $1,451 per month, effective 1/26;

-1-

☐     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐     Debtor(s) shall file and serve _____ on or before _____.

☐     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒     Other:
- Trustee's Certificate of Default (at Doc 62) is treated as resolved by this Order.
- The secured claim(s) of PNC CL. #12 shall govern, and then following all allowed post-petition payment change notices filed of record prior to 1/8/26. Local Rule(s) 3002-4 and 3002-5 for any PCN and PPFNs filed after the indicated date remains in effect.
- *Debtor(s) are to fund the plan by WA [notwithstanding anything to the contrary in the plan] which is to be implemented within 14 days of the date of this Order (if not previously implemented). Debtor(s) are responsible for ensuring that the full monthly plan payment is made each month regardless of the manner in which payments are intended to be made. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods (wage attachment, TFS, or ACH).*
- *To the extent the Plan is confirmed pre-bar date(s) or the completion of pending or contemplated litigation (including §506/522f action and objections to claims) or Loss Mitigation (LMP), or any other plan contingencies including*

*sales, creditors will be paid per plan in the plan amount (or as superseded by this Confirmation Order or other Order(s) of Court) notwithstanding a claim in a greater amount or priority. Debtor shall review all proofs of claims as filed and to take such action(s), including modification of the Plan or this Confirmation Order, as is necessary to address claim discrepancies and to address other subsequent events that will affect the adequacy of plan funding (including the outcome of contemplated or pending litigation, LMP, sale process, etc.)*

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this __8th Day of January, 2026

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:                                              Stipulated by:

/s/ Christian M. Rieger                                     /s/ Owen Katz
Counsel to Debtor                                           Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 23-22477-GLT
Joseph E Rossi | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 3
Date Rcvd: Jan 08, 2026 | Form ID: pdf900 | Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph E Rossi, 1300 Glarius Avenue, Pittsburgh, PA 15202-1129 |
| 15658200 | + | Omega Federal Credit Union, 206 Siebert Road, Pittsburgh, PA 15237-3700 |
| 15658206 | #+ | Unifund LLC, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 08 2026 23:54:00 | County of Allegheny, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 08 2026 23:54:00 | Township of Ross, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15658195 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jan 08 2026 23:54:00 | Credit Corp Solutions, 121 W. Election Road, Suite 200, Draper, UT 84020 |
| 15658193 | + | Email/Text: bankruptcy@cavps.com | Jan 08 2026 23:54:00 | Cavalry Portfolio Services, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 15659839 | + | Email/Text: bankruptcy@cavps.com | Jan 08 2026 23:54:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15664094 | + | Email/Text: ebnjts@grblaw.com | Jan 08 2026 23:54:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15658194 | ^ | MEBN | Jan 08 2026 23:53:08 | County of Allegheny, c/o Jordan Tax Service, P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15677928 | + | Email/Text: jdryer@bernsteinlaw.com | Jan 08 2026 23:54:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15658196 | ^ | MEBN | Jan 08 2026 23:52:47 | KML Law Group PC, Mellon Independence Center Suite 5000, 701 Market STreet, Philadelphia, PA 19106-1538 |
| 15668007 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2026 00:01:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15658197 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 08 2026 23:54:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15658198 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 08 2026 23:54:00 | Navy Federal Credit Union, P.O. Box 3700, Merrifield, VA 22119-3700 |
| 15664097 | + | Email/Text: ebnjts@grblaw.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: pdf900 | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| | | Jan 08 2026 23:54:00 | North Hills School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15658199 | ^ MEBN | Jan 08 2026 23:53:07 | North Hills School District, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15664766 | Email/Text: inveniobkt@phillips-cohen.com | Jan 08 2026 23:54:00 | PCA Acquisition V, LLC, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington, DE 19801-1002 |
| 15658201 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 08 2026 23:54:00 | PNC Bank NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15677648 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 08 2026 23:54:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15658202 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 08 2026 23:54:00 | PNC Bank NA, P.O. Box 5580, Cleveland, OH 44101 |
| 15678347 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 08 2026 23:54:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15678962 | Email/Text: bnc-quantum@quantum3group.com | Jan 08 2026 23:54:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15678648 | Email/Text: bnc-quantum@quantum3group.com | Jan 08 2026 23:54:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15658203 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2026 00:01:12 | Resurgent/LVNV Funding LLC, P.O. Box 1269, Greenville, SC 29602-1269 |
| 15658204 | ^ MEBN | Jan 08 2026 23:53:06 | Ross Township, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15658205 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 09 2026 00:01:11 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15678030 | Email/PDF: ebn_ais@aisinfo.com | Jan 09 2026 00:01:17 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15664095 | + Email/Text: ebnjts@grblaw.com | Jan 08 2026 23:54:00 | Township of Ross, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15672499 | Email/Text: bankruptcy@unifund.com | Jan 08 2026 23:54:00 | DISTRESSED ASSET PORTFOLIO III, LLC, 10625 TECHWOOD CIRCLE, CINCINNATI, OH. 45242 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | North Hills School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 08, 2026 | Form ID: pdf900 | Total Noticed: 30 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:**

**Name**           **Email Address**

Christian M Rieger
                   on behalf of Debtor Joseph E Rossi criegerlaw@gmail.com

Denise Carlon
                   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jeffrey R. Hunt
                   on behalf of Creditor Township of Ross jhunt@grblaw.com

Jeffrey R. Hunt
                   on behalf of Creditor North Hills School District jhunt@grblaw.com

Jeffrey R. Hunt
                   on behalf of Creditor County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
                   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                   btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
                   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                   cmecf@chapter13trusteewdpa.com

TOTAL: 8