FILED
2/24/26 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:

     JOSEPH E. ROSSI,                         Case No: 23-22477-GLT

                Debtor               Doc #_____

_____

JOSEPH E. ROSSI,                   Chapter 13

               Movant

    vs.

                               Related to Docket No. 76

NORTH ALLEGHENY SCHOOL DISTRICT,
and Ronda J. Winnecour, Trustee,

              Respondents

**ORDER TERMINATING WAGE ATACHMENT**

      AND NOW this __ 24th Day of February        _2026 upon consideration of the within

Motion it is hereby ORDERED, ADJUDGED, AND DECREED that:

       North Allegheny School District
       200 Hillvue Lane
       Pittsburgh, PA 15237
       ATTN: PAYROLL

Is hereby ordered to immediately terminate the attachment of wages of JOSEPH E ROSSI (xxx-xx-2969).

No future payments are to be sent to Ronda J. Winnecour on behalf of Joseph E. Rossi.

Prepared by: Christian M. Rieger, Esq.

_____, J.
The Hon. Gregory L. Taddonio
Chief Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 23-22477-GLT

Joseph E Rossi                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

**Recip ID**          **Recipient Name and Address**
db           + Joseph E Rossi, 1300 Glarius Avenue, Pittsburgh, PA 15202-1129

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christian M Rieger | on behalf of Debtor Joseph E Rossi criegerlaw@gmail.com |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Ross jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor North Hills School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |

District/off: 0315-2                                  User: auto                                      Page 2 of 2
Date Rcvd: Feb 24, 2026                              Form ID: pdf900                                 Total Noticed: 1

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 8