**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JOSEPH E. ROSSI,
                     Debtor

Case 23-22477-GLT
Chapter 13

_____

JOSEPH E. ROSSI,

                Movant

      v.

RONDA J. WINNECOUR, Chapter 13 Trustee,
U.S. Trustee's Office, Omega Federal Credit Union,
PNC Bank, County of Allegheny,
North Hills School District, Ross Township,
Cavalry Portfolio Services, Quantum III.
Mariner Finance, Navy Federal Credit Union,
LVNV Funding LLC, Synchrony Bank,
PCA Acquisitions, Duquesne Light,

            Respondents

Related: 81
Hrg: 3/11/2026, 10:30AM

**CERTIFICATE OF NO OBJECTION TO
MOTION TO CONVERT CASE TO CHAPTER 7**

      I, the undersigned, hereby certify that, having served or caused to be served, a copy of the Motion to Convert Case to Chapter 7, proposed Order, and scheduling Notice on the Respondents as shown on the Certificate of Service filed herein, and as of **March 2, 2026**, the response/objection due date, that I have received no response except _____n/a_____ .

Method of Service: Mail XX ; Specify if other:

                Respectfully submitted,

                 /s/ Christian M. Rieger
                Christian M. Rieger, Esquire
                PA: 307037
                2681 Sidney Street
                Pittsburgh, PA 15203
                (412) 381-8809
                criegerlaw@gmail.com

Date: 3/3//2026