| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Joseph E Rossi<br>First Name    Middle Name    Last Name | Social Security number or ITIN:   xxx–xx–2969<br>EIN:   _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed in chapter:   13   11/17/23 | |
| Case number:   23–22477–GLT | | Date case converted to chapter:   7    3/3/26 | |

Official Form 309B (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | Debtor's full name | Joseph E Rossi | | |
| 2. | All other names used in the last 8 years | | | |
| 3. | Address | 1300 Glarius Avenue<br>Pittsburgh, PA 15202 | | |
| 4. | Debtor's attorney<br>Name and address | Christian M Rieger<br>Law Office of Christian M. Rieger<br>2681 Sidney Street<br>Pittsburgh, PA 15203 | | Contact phone 412–381–8809<br><br>Email:  criegerlaw@gmail.com |
| 5. | Bankruptcy trustee<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | | Contact phone 724–443–4757<br><br>Email:  crawfordmcdonald@aol.com |

For more information, see page 2 >

Debtor **Joseph E Rossi**                                                                                  Case number **23–22477–GLT**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 3/3/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 22, 2026 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 714 725 9189, and Passcode 1961058710, call 1–828–998–0367**<br><br>For additional information, go to:<br>https://www.justice.gov/ust/moc |
| **8.**                 **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |

| | | |
|---|---|---|
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/22/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/12/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: _____** |
| | **Deadlines for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br><br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Joseph E Rossi
     Debtor

Case No. 23-22477-GLT

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2

User: auto

Page 1 of 3

Date Rcvd: Mar 03, 2026

Form ID: 309B

Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph E Rossi, 1300 Glarius Avenue, Pittsburgh, PA 15202-1129 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Keri P. Ebeck, Metz Lewis, 444 Liberty Avenue, Suite 2100, Pittsburgh, PA 15222-1222 |
| 15658200 | + | Omega Federal Credit Union, 206 Siebert Road, Pittsburgh, PA 15237-3700 |
| 15658206 | #+ | Unifund LLC, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: criegerlaw@gmail.com | Mar 04 2026 00:34:00 | Christian M Rieger, Law Office of Christian M. Rieger, 2681 Sidney Street, Pittsburgh, PA 15203 |
| aty | + | Email/Text: ebnjts@grblaw.com | Mar 04 2026 00:35:00 | Jeffrey R. Hunt, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| tr | + | EDI: BRCCRAWFORD.COM | Mar 04 2026 05:26:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Mar 04 2026 05:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 04 2026 05:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Mar 04 2026 00:35:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 04 2026 00:35:00 | County of Allegheny, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 04 2026 00:35:00 | Township of Ross, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15658195 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 04 2026 00:34:00 | Credit Corp Solutions, 121 W. Election Road, Suite 200, Draper, UT 84020 |
| 15658193 | + | Email/Text: bankruptcy@cavps.com | Mar 04 2026 00:35:00 | Cavalry Portfolio Services, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 15659839 | + | Email/Text: bankruptcy@cavps.com | Mar 04 2026 00:35:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15664094 | + | Email/Text: ebnjts@grblaw.com | Mar 04 2026 00:35:00 | County of Allegheny, GRB Law, c/o Jeffrey R. |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: 309B | Total Noticed: 38 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15658194 | ^ MEBN |  |  |
|  |  | Mar 04 2026 00:28:16 | County of Allegheny, c/o Jordan Tax Service, P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15677928 | + Email/Text: jdryer@bernsteinlaw.com |  |  |
|  |  | Mar 04 2026 00:35:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15658196 | ^ MEBN |  |  |
|  |  | Mar 04 2026 00:28:29 | KML Law Group PC, Mellon Independence Center Suite 5000, 701 Market STreet, Philadelphia, PA 19106-1538 |
| 15668007 | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  | Mar 04 2026 00:46:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15658197 | + Email/Text: bankruptcy@marinerfinance.com |  |  |
|  |  | Mar 04 2026 00:35:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15658198 | + EDI: NFCU.COM |  |  |
|  |  | Mar 04 2026 05:26:00 | Navy Federal Credit Union, P.O. Box 3700, Merrifield, VA 22119-3700 |
| 15664097 | + Email/Text: ebnjts@grblaw.com |  |  |
|  |  | Mar 04 2026 00:35:00 | North Hills School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15658199 | ^ MEBN |  |  |
|  |  | Mar 04 2026 00:28:17 | North Hills School District, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15664766 | Email/Text: inveniobkt@phillips-cohen.com |  |  |
|  |  | Mar 04 2026 00:35:00 | PCA Acquisition V, LLC, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington, DE 19801-1002 |
| 15658201 | Email/Text: Bankruptcy.Notices@pnc.com |  |  |
|  |  | Mar 04 2026 00:35:00 | PNC Bank NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15677648 | Email/Text: Bankruptcy.Notices@pnc.com |  |  |
|  |  | Mar 04 2026 00:35:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15658202 | Email/Text: Bankruptcy.Notices@pnc.com |  |  |
|  |  | Mar 04 2026 00:35:00 | PNC Bank NA, P.O. Box 5580, Cleveland, OH 44101 |
| 15678347 | Email/Text: Bankruptcy.Notices@pnc.com |  |  |
|  |  | Mar 04 2026 00:35:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15678962 | EDI: Q3G.COM |  |  |
|  |  | Mar 04 2026 05:26:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15678648 | EDI: Q3G.COM |  |  |
|  |  | Mar 04 2026 05:26:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15658203 | + Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  | Mar 04 2026 00:46:25 | Resurgent/LVNV Funding LLC, P.O. Box 1269, Greenville, SC 29602-1269 |
| 15658204 | ^ MEBN |  |  |
|  |  | Mar 04 2026 00:28:15 | Ross Township, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15658205 | + EDI: SYNC |  |  |
|  |  | Mar 04 2026 05:26:00 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15678030 | EDI: AIS.COM |  |  |
|  |  | Mar 04 2026 05:26:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15664095 | + Email/Text: ebnjts@grblaw.com |  |  |
|  |  | Mar 04 2026 00:35:00 | Township of Ross, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15672499 | Email/Text: bankruptcy@unifund.com |  |  |
|  |  | Mar 04 2026 00:35:00 | DISTRESSED ASSET PORTFOLIO III, LLC, 10625 TECHWOOD CIRCLE, CINCINNATI, OH. 45242 |

TOTAL: 33

District/off: 0315-2       User: auto       Page 3 of 3

Date Rcvd: Mar 03, 2026       Form ID: 309B       Total Noticed: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | North Hills School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christian M Rieger | on behalf of Debtor Joseph E Rossi criegerlaw@gmail.com |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Ross jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor North Hills School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |

TOTAL: 9