FILED
3/3/26 9:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Form Order No:

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 23-22477-GLT |
| | : | |
| **JOSEPH E. ROSSI**, | : | Related to Dkt. No. 81 |
| | : | |
| *Debtor*. | : | Hearing: April 14, 2026 at 2:00 PM |
| | : | |

## ORDER CONVERTING CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7, SETTING DEADLINES, SCHEDULING STATUS CONFERENCE, AND TERMINATING WAGE ATTACHMENT

The Debtor filed a motion to convert his chapter 13 case in accordance with 11 U.S.C. § 1307(a) to a case under chapter 7 of title 11 of the U.S. Code.

Based upon the foregoing, it hereby is **ORDERED, ADJUDGED,** and **DECREED** that:

1.      On or before March 31, 2026, any party-in-interest who challenges whether the conversion is sought in good faith shall file a motion setting forth the basis of the challenge and specifically identifying the relief requested.

2.      The wage attachment issued in this case are immediately terminated.  The Debtor shall serve a copy of this order on the employer.

3.      On or before March 17, 2026, the Debtor shall file a schedule of all unpaid debts incurred after the commencement of the chapter 13 case and before conversion as required by FED. R. BANKR. P. 1019(e)(2)(A).

4.      On or before March 17, 2026, the Debtor shall file the statements and schedules required by FED. R. BANKR. P. 1019(a)(1) and 1007(b), if such documents have not already been filed.

5.      On or before April 2, 2026, the Debtor shall file a statement of intention with respect to the retention or surrender of estate property securing a debt, as required by 11 U.S.C. § 521(a)(2) and FED. R. BANKR. P. 1019(a)(2) and conforming to Official Form 8.

6.      The Chapter 13 Trustee shall immediately turn over to the chapter 7 trustee all records and property of the estate remaining in her custody and control, as required by FED. R. BANKR. P. 1019(d), except that any remaining funds that do not constitute property of the chapter 7 estate shall be returned to the Debtor.

7.      On or before May 4, 2026, the chapter 13 trustee shall file an accounting of all receipts and distributions made using UST Form 13-FR-S: Chapter 13 Trustee's Final Report

and Account.  Once she has done so, the chapter 13 trustee is discharged from her duties in this case.  The Court retains jurisdiction over the final report and account.

8.      If the case is converted after the confirmation of a plan, then on or before **April 2, 2026**, the Debtor shall file:

> a.  A schedule of all property not listed in the final report and account of the chapter 13 trustee which was acquired after the commencement of the chapter 13 case but before the entry of this conversion order, as required by FED. R. BANKR. P. 1019(e)(3)(A);

> b.  A schedule of unpaid debts not listed in the chapter 13 trustee's final report and account, as required by FED. R. BANKR. P. 1019(e)(3)(B). The schedule shall be filed by entering additional claimants into the CM/ECF system via "Creditor Maintenance."  A list of said claimants shall be attached to the FED. R. BANKR. P. 1019 Report; and,

> c.  A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 13 case but before the entry of this conversion order, as required by FED. R. BANKR. P. 1019(e)(3)(C).

9.      If the Debtor fails to timely file the documents required by this *Order* and FED. R. BANKR. P.  1019, a status conference shall be held on April 14, 2026 at 2:00 PM before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.  In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day prior** to the scheduled hearing.  All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf) to determine whether additional measures are necessary to compel compliance.

10.     The Clerk of Court shall send the notice required by FED. R. BANKR. P. 1019(f).  If the report and schedules per paragraphs 3, 8(b), and 8(c) of this *Order* are filed in time for the Clerk to include postpetition creditors in the Section 341 notice mailing, the Clerk shall include them in that mailing.  Otherwise, the Clerk shall send the notice required by FED. R. BANKR. P. 1019(f) **within ten days of the filing of the report and schedules**.

11.     On or before April 17, 2026, all chapter 13 fee petitions by any professional shall be filed.  Any fee petition shall be captioned "Chapter 13 Fee Petition in Converted Case," and its hearing shall be self-scheduled on Judge Taddonio's chapter 13 motions calendar.

12.    On or before April 17, 2026, counsel for the Debtor shall serve a copy of this *Order* on all creditors in the case and file a Certificate of Service.


Dated: March 3, 2026

GREGORY L. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT


Case administrator to mail to:
Debtor

3

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 23-22477-GLT

Joseph E Rossi                                                                    Chapter 7

          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: auto                                            Page 1 of 2

Date Rcvd: Mar 03, 2026                          Form ID: pdf900                                  Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

**Recip ID                        Recipient Name and Address**
db                        +  Joseph E Rossi, 1300 Glarius Avenue, Pittsburgh, PA 15202-1129

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: bnc@chapter13trusteewdpa.com | | |
| | | Mar 04 2026 00:35:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026                                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed
below:**

**Name                                    Email Address**

Christian M Rieger

                       on behalf of Debtor Joseph E Rossi criegerlaw@gmail.com

Denise Carlon

                       on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jeffrey R. Hunt

                       on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt

District/off: 0315-2                          User: auto                                    Page 2 of 2

Date Rcvd: Mar 03, 2026                       Form ID: pdf900                          Total Noticed: 2

       on behalf of Creditor Township of Ross jhunt@grblaw.com

Jeffrey R. Hunt

       on behalf of Creditor North Hills School District jhunt@grblaw.com

Keri P. Ebeck

       on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Office of the United States Trustee

       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

       cmecf@chapter13trusteewdpa.com

Rosemary C. Crawford

       crawfordmcdonald@aol.com  PA68@ecfcbis.com


TOTAL: 9