## United States Bankruptcy Court
### Western District of Pennsylvania

In re  **Joseph E Rossi**
Debtor(s)

Case No.  **23-22477**
Chapter  **7**

## RULE 1019 SCHEDULE OF POST PETITION DEBTS

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | |

SCHEDULE OF POST-PETITION ASSETS ACQUIRED: --NONE---

## DECLARATION

I, the above named Debtor(s), declare under penalty of perjury that I have read the foregoing Rule 1019 Schedule of Post Petition Debts and that it is true and correct to the best of my information and belief.

Date  **March 17, 2026**

Signature  **/s/ Joseph E Rossi**
**Joseph E Rossi**
Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.