**Form 144**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Bankruptcy Case No.: 23−22477−GLT

**Joseph E Rossi**
Debtor(s)

Chapter: 7
Docket No.: 109

## NOTICE – REMINDER

     Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a ***Certificate of Completion of Instructional Course Concerning Personal Financial Management*** is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c)(4)(B).* The deadline is as follows:

     ***CHAPTER 7 CASES* −** *Fed.R.Bankr.P. 1007(c)(4)(B)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: June 8, 2026

Michael R. Rhodes, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 23-22477-GLT

Joseph E Rossi                                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: admin                          Page 1 of 2

Date Rcvd: Jun 08, 2026                       Form ID: 144                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

**Recip ID              Recipient Name and Address**
db              + Joseph E Rossi, 1300 Glarius Avenue, Pittsburgh, PA 15202-1129

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

**Name                        Email Address**

Brent J. Lemon
                    on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
                    lemondropper75@hotmail.com;agilbert@bernsteinlaw.com

Christian M Rieger
                    on behalf of Debtor Joseph E Rossi criegerlaw@gmail.com

Jeffrey R. Hunt
                    on behalf of Creditor North Hills School District jhunt@grblaw.com

Jeffrey R. Hunt
                    on behalf of Creditor Township of Ross jhunt@grblaw.com

Jeffrey R. Hunt
                    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Matthew Fissel
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

District/off: 0315-2                                          User: admin                                              Page 2 of 2

Date Rcvd: Jun 08, 2026                                      Form ID: 144                                            Total Noticed: 1

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford

                          crawfordmcdonald@aol.com  PA68@ecfcbis.com


TOTAL: 8