Certificate Number: 13858-PAW-DE-041109508

Bankruptcy Case Number: 23-22477



13858-PAW-DE-041109508

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2026, at 12:05 o'clock PM EDT, Joseph E  Rossi completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 18, 2026                          By:      /s/Wendel Ruegsegger

Name:  Wendel Ruegsegger

Title:   Counselor