**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph E Rossi | Social Security number or ITIN   xxx–xx–2969 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   23–22477–GLT

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph E Rossi

6/24/26

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 23-22477-GLT

Joseph E Rossi                                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 24, 2026 | Form ID: 318 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph E Rossi, 1300 Glarius Avenue, Pittsburgh, PA 15202-1129 |
| 15677928 | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15658200 | + | Omega Federal Credit Union, 206 Siebert Road, Pittsburgh, PA 15237-3700 |
| 15658206 | #+ | Unifund LLC, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Jun 25 2026 04:37:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Jun 25 2026 04:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 25 2026 04:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 25 2026 00:41:00 | County of Allegheny, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 25 2026 00:41:00 | Township of Ross, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15658195 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 25 2026 00:41:00 | Credit Corp Solutions, 121 W. Election Road, Suite 200, Draper, UT 84020 |
| 15658193 | + | Email/Text: bankruptcy@cavps.com | Jun 25 2026 00:42:00 | Cavalry Portfolio Services, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 15659839 | + | Email/Text: bankruptcy@cavps.com | Jun 25 2026 00:42:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15664094 | + | Email/Text: ebnjts@grblaw.com | Jun 25 2026 00:41:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15658194 | ^ | MEBN | Jun 25 2026 00:38:24 | County of Allegheny, c/o Jordan Tax Service, P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15658196 | ^ | MEBN | Jun 25 2026 00:38:17 | KML Law Group PC, Mellon Independence Center Suite 5000, 701 Market STreet, Philadelphia, PA 19106-1538 |
| 15668007 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jun 25 2026 00:53:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15658197 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 25 2026 00:41:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15658198 | + | EDI: NFCU.COM | Jun 25 2026 04:37:00 | Navy Federal Credit Union, P.O. Box 3700, Merrifield, VA 22119-3700 |
| 15664097 | + | Email/Text: ebnjts@grblaw.com | Jun 25 2026 00:41:00 | North Hills School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15658199 | ^ | MEBN | Jun 25 2026 00:38:24 | North Hills School District, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15664766 | | Email/Text: inveniobkt@phillips-cohen.com | Jun 25 2026 00:41:00 | PCA Acquisition V, LLC, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington, DE 19801-1002 |
| 15658201 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 25 2026 00:41:00 | PNC Bank NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15677648 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 25 2026 00:41:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15658202 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 25 2026 00:41:00 | PNC Bank NA, P.O. Box 5580, Cleveland, OH 44101 |
| 15678347 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 25 2026 00:41:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15678962 | | EDI: Q3G.COM | Jun 25 2026 04:37:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15678648 | | EDI: Q3G.COM | Jun 25 2026 04:37:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16647501 | | EDI: Q3G.COM | Jun 25 2026 04:37:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15658203 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 00:53:23 | Resurgent/LVNV Funding LLC, P.O. Box 1269, Greenville, SC 29602-1269 |
| 15658204 | ^ | MEBN | Jun 25 2026 00:38:24 | Ross Township, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15658205 | + | EDI: SYNC | Jun 25 2026 04:37:00 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15678030 | | EDI: AIS.COM | Jun 25 2026 04:37:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15664095 | + | Email/Text: ebnjts@grblaw.com | Jun 25 2026 00:41:00 | Township of Ross, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15672499 | | Email/Text: bankruptcy@unifund.com | Jun 25 2026 00:41:00 | DISTRESSED ASSET PORTFOLIO III, LLC, 10625 TECHWOOD CIRCLE, CINCINNATI, OH. 45242 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

District/off: 0315-2                     User: admin                              Page 3 of 3
Date Rcvd: Jun 24, 2026                  Form ID: 318                             Total Noticed: 34

cr          *+          North Hills School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA
                        15219-1753

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Brent J. Lemon
                                on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
                                aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com

Christian M Rieger
                                on behalf of Debtor Joseph E Rossi criegerlaw@gmail.com

Jeffrey R. Hunt
                                on behalf of Creditor North Hills School District jhunt@grblaw.com

Jeffrey R. Hunt
                                on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
                                on behalf of Creditor Township of Ross jhunt@grblaw.com

Matthew Fissel
                                on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                                ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
                                crawfordmcdonald@aol.com  PA68@ecfcbis.com

TOTAL: 8